# BPB Surplus

1967 High Street
Longwood, FL 32750-3711

# Invoice

| Date | Invoice # |
|------|-----------|
| 08/01/2013 | 8703 |

**Bill To**

Davinci Aircraft
Leo Parra
16231 Waterman Drive #16
Van Nuys, CA 91406
Office:818-510-4707 Leo:818-335-8662

**Ship To**

Davinci Aircraft
Leo Parra  leo@davinciaircraft.com
16231 Waterman Drive #16
Van Nuys, CA 91406
sales@davinciaircraft.com

| P.O. No. | Terms | Due Date | Rep | Ship Date | Ship Via | FOB |
|----------|-------|----------|-----|-----------|----------|-----|
| Email-Leo Parra | Credit Card | 08/01/2013 | BB | 08/01/2013 | Your Account | Longwood, FL |

| Description | Qty | Rate | Other | Amount |
|-------------|-----|------|-------|--------|
| 305464-501 GPS Antenna | 10 | 300.00 | 1010-0077 | 3,000.00 |
| Shipping Your FED EX  Account | | 0.00 | | 0.00 |

Email: bpbsurplus@bellsouth.net
TEL: 407-330-3408  FAX: 407-330-3498
Online Catalog: www.bpbsurplus.com

"PLEASE NOTE THAT PRIOR TO THE EXPORT OF CERTAIN ITEMS FROM THE
UNITED STATES, A LICENSE FROM THE U.S. GOVERNMENT IS REQUIRED.
AIRCRAFT PARTS AND OTHER COMMODITIES MAY BE "DEFENSE ARTICLES"
REQUIRING A LICENSE FROM THE STATE DEPARTMENT. OR SUCH PARTS
OR OTHER COMMODITIES MAY BE "DUAL USE" ITEMS REQUIRING A
LICENSE FROM THE COMMERCE DEPARTMENT.  THERE ARE CRIMINAL AND
CIVIL PENALTIES FOR EXPORTING ITEMS WITHOUT THE REQUIRED
LICENSE.  WE RECOMMEND THAT YOU CONFER WITH AN EXPORT LICENSE
PROFESSIONAL PRIOR TO THE ATTEMPTED EXPORT OF ANY AIRCRAFT
PARTS OR OTHER ITEMS WHICH ARE DESCRIBED IN THIS INVOICE."

| | |
|---|---|
| Subtotal | $3,000.00 |
| Sales Tax  (0.0%) | $0.00 |
| Total | $3,000.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $3,000.00 |

Exhibit "A"

Results for: **305464-501** Additional Results:

| Show Page Helpers | **❶ ()** |

Availability     Govt Data (http://research2.partsbase.com/logistics/default.aspx?employeeId=99071&pn=305464501&key=41011DF73)

Messages (CDisplayMsgs.asp?EmployeeId=121739&Key=41011DF73&SearchType=Parts&PartNum=1&ItemDesc=305464-501&CountryID=0_&CurrentItem=305464-501&strPNNotFound=&lngNotFoundNum=&PartDesps=&Qtys=0)

Can Repair (CDisplayOverhaulPartsResultsNew.asp?EmployeeId=121739&Key=41011DF73&ItemDesc=305464-501&CurrentItem=305464-501&SearchType=Parts&PartNum=1&SearchForQty=0&CountryID=0_&strPNNotFound=&lngNotFoundNum=&PartDesps=&Qtys=0)

Sort By:   Qty | CC | Customer | Description | Location | Price

**Show Top:** 200 ▾

Select All | Unselect All

| | Filter |

**Preferred Condition Code:** ☐ NE ☐ OH ☐ FN ☐ SV ☐ AR ☐ RP ☐ NS ☐ OR ☐ RD ☐ EX   Apply Changes

---

☐ DaVinci Aircraft INC - **PartsBase Premier Vendor** (../../Parts/asp/TopSlot_Explanation.asp?
AddToRFQ=0&SearchForQty=0&ReferenceNumber=None&ListedWithinDays=&CountryID=0%5F&OEMFlag=0&SearchType=Par

  📞 818-510-4707
  📠 818-510-4704
  **CA, United States**

**GPS ANTENNA**

Part #: 305464-501

Qty: 10 | EA NS
CC NS
7/30/2015

**Special Instructions**

We Provide No Hassle Quoting Right Over The Phone So Call Us Today! (A.O.G. Service 24/7 Call 1-818-473-0713) Same day shipping on all NS orders with in the continental US. We are ISO 9001 Certified. ...

---

| | | | | | |
|---|---|---|---|---|---|
| ☐ DaVinci Aircraft INC **(CAGE: 5YT78)** (http://research2.partsbase.com/logistics/default.aspx?employeeId=99071&key=41011DF73&Cage_Code=5YT78) | | 📞 818-510-4707 | 📠 818-510-4704 | CA, United States | 07/30/2015 |
| Part # **305464-501** | | GPS ANTENNA | | Qty: 10 | EA CC NS | |

Exhibit "B"



**ILSmart**

Logout | Contact Us | Help | Training | ILS Tools

| Home | ILS Exchange | Market Intelligence | My ILS | Additional Services | Specialty Providers |

Quick Search

**Search Results**

Parts Availability (1)

MRO Capability

Government Data

Message Broadcast

Supplier Directory

Parts Stats & Pricing (2)

PMA

ADs

Unapproved Parts

Stolen Parts

GIDEP

Aircraft Applicability

Print/Export

Complete Report

Disclaimer

## Parts Availability Results

Want supply and demand plus pricing for part? **Click Here**

| Create RFQ | Print | New Search | Export |

Sort By: Accredited Vendor ▼

Distance From: Van Nuys California United States

Notice: Payment Due

Our records indicate we have not yet received payment for outstanding invoice(s). Payment must be received within 5 days of the invoice due date, to avoid possible service interruption and suspension of your inventory listing. Please contact ILS Accounting department (below) regarding payment as soon as possible.

**USA**
Phone    1-901-794-5000
Fax       1-901-433-1472
E-mail    accounting@ilsmart.com

Item View    **Supplier View**

Always show condition codes: ☑ NE ☑ NS ☑ OH ☑ SV ☑ AR

Item 01    305464-501

Filtered Results: 1

| | Part No | Alt Part No | QTY | Cond | Description | Distance |
|---|---|---|---|---|---|---|
| | ListCode | Category | Control | Price | Value | CAGE |

**ILS Accredited Vendors - Updated No Less than Daily**

| ☆ | DaVinci Aircraft, Inc. (BU5W) CAGE: 5YT78 | | | | Phone: 1-818.510.4707 | 0 mi |
| | AOG READY!! CALL OUR AOG HOTLIINE @ 818-473-0713! | | | | Fax: 1-818.510.4704 | |
| | 305464-501 | | 10 | NS | GPS ANTENNA | |
| | Y | | | 0.0000 | | |

Want supply and demand plus pricing for part? **Click Here**

| Create RFQ | Print | New Search | Export |

Page 1 of 1

ILS Time: Saturday, August 01, 2015 02:38:08 PM CDT (UTC-5)
© Copyright 2015 Inventory Locator Service.® LLC All Rights Reserved.

Terms And Conditions | Privacy Policy

Exhibit "B"

LOS ANGELES



## DaVinci Aircraft, Inc.

7520 Hayvenhurst Ave
Suite 5
Van Nuys      CA 91406
United States
Tel: 818-510-4707
Fax: 818-510-4704

sales@davinciaircraft.com
www.davinciaircraft.com
Tax ID: 101-225605

## QUOTATION

| Print Date : Apr-21-2014    10:41:59.0314045 | Printed By : SAL    Print No. :   3 |
|---|---|

### For : Account No. [4618]

**No. 007490**                                    Pg :1/1

EGLIN AFB
205 WEST D AVENUE
SUITE 433
EGLIN AFB, FL 32542
UNITED STATES
Tel. : 1 850-882-3904

| **Our Ref** | : Q007490 |
|---|---|
| **Your Ref** | : VERBAL |
| **Terms** | : C.O.D./ WIRE/ CREDIT CARD |
| **Our Contact** | : Erik Niemans |
| **Valid Until** | : May-21-2014 |
| **F.O.B.** | : ORIGIN |
| **Quote Date** | : Apr-21-2014 |

In response to your request, we are pleased to quote you the following:

| Line | P/N & Description | Cnd | Qty Bid | Delivery | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | **305464-501** <br> GPS ANTENNA, JASSM <br> **Note:**  MFG DATE: FEB 2010 | NE | **10 EA** | 1 Day | $ 125,000.00 EA | $ 1,250,000.00 |

Unless otherwise noted, this quote may include Munitions List Items (MIL) or Commerce Controlled List Items (CCLI). MLI/CCLI property is controlled by the U.S. Government and in many cases cannot be transferred (exported, sold, or given) to a foreign county, a non-U.S. Citizen/National or a non-permanent U.S. resident without a valid State/Commerce Department export authorization. It is the responsibility of you (the Purchaser) to determine what the applicable requirements may be and to obtain all necessary authorizations, licenses, or approvals. The use, disposition, export, and re-export of the property covered or included in this quote is subject to the provisions of law referenced in End-User Certificate to DLA - Form 1822, December 2001, including but not limited to the Arms Export Control Act (22 USC 2751 Et. Seq.), Export Administration Act of 1979 (50 USC App. 2401 Et. Seq.). As contained under Executive Order 1294; International Traffic Arms Regulations (22 CFR 120 Et. Seq.), Export Administration Regulations (15 CFR 730 Et. Seq.), Foreign Assets Control Regulations (31 ERA 500 Et. Seq.), and the Espionage Act (18 USC 793 Et. Seq.). Accepting delivery of this material you (the Purchaser) hereby represents and warrants that you are not an embassy or any agency or subdivision of a foreign government. If you are an embassy or agency or subdivision of a foreign government, you must provide us (the Seller) a copy of the State/ Commerce Department License or License Number which allows you to receive and export the material that is subject of this sale.

| | | **Sub Total:** | | $ 1,250,000.00 |
|---|---|---|---|---|
| This quote is valid for 30 days | | **Discount:** | (-40%) | $ -500,000.00 |
| Our minimum order is $100 | | | | |
| Shipments are FOB Van Nuys, | | | | |
| We accept most major credit cards | | | | |
| All COD orders will ship on our accounts | | | | |
| Upon acceptance of this quote, please reply with your purchase order. | | | | |
| All quotes are time sensitive and subject to change. | | | | |
| | | **Total:**   [USD] | | $ 750,000.00 |

Erik Niemans, VP SALES

Copyright (c)   PENTAGON  *2000* Software, Inc.

Exhibit "C"

Eglin AFB, FL
(850) 882-3904
DSN: 872-3904


-----Original Message-----
From: LEWIS, RODNEY C Capt USAF AFMC AFLCMC/EBJK
Sent: Monday, June 02, 2014 2:37 PM
To: 'sales@davinciaircraft.com'
Cc: CLARK, BRANDI D CIV USAF AFMC AFLCMC/EBJJ
Subject: JASSM GPS Antenna

Mr. Niemans,

Thank you for submitting the quotation (No: 007490, date
21 Apr 14) for 10
JASSM GPS Antennas.  I tried calling the number listed
on the quotation, but
didn't receive an answer.  I'm interested in discussing
this matter with you
at your earliest convenience.  Please feel free to
contact me at the number
below.

v/r,

RODNEY LEWIS, Captain, USAF
Contracting Officer
AFLCMC/EBJK (JASSM)
Eglin AFB, FL
(850) 882-3904
DSN: 872-3904


-----
No virus found in this message.
Checked by AVG - www.avg.com

Exhibit "D"

From: LEWIS, RODNEY C Capt USAF AFMC AFLCMC/EBJK
Sent: Monday, June 02, 2014 4:52 PM
To: 'sales@davinciaircraft.com <javascript:;> '
Cc: CLARK, BRANDI D CIV USAF AFMC AFLCMC/EBJJ
Subject: RE: JASSM GPS Antenna

Mr. Niemans,

The government would like to extend an offer of $7,359
for the purchase of the 10 JASSM  GPS Antennas.  This is
based on the price originally paid for the purchase of
the lot of military equipment from DCMA.  We're looking
forward to hearing from you.

v/r,

RODNEY LEWIS, Captain, USAF
Contracting Officer
AFLCMC/EBJK (JASSM)
Eglin AFB, FL
(850) 882-3904
DSN: 872-3904

_____

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2014.0.4570 / Virus Database: 3950/7500 -
Release Date: 05/15/14
Internal Virus Database is out of date.

Exhibit "D"

From: Leonardo Parra [mailto:leo@davinciaircraft.com]
Sent: Wednesday, June 04, 2014 12:22 PM
To: DaVinci Aircraft Sales
Subject: Fwd: FW: JASSM GPS Antenna


---------- Forwarded message ----------
From: LEWIS, RODNEY C Capt USAF AFMC AFLCMC/EBJK
<rodney.lewis.1@us.af.mil>
Date: Wednesday, June 4, 2014
Subject: FW: JASSM GPS Antenna
To: "leo@davinciaircraft.com" <leo@davinciaircraft.com>
Cc: "CLARK, BRANDI D CIV USAF AFMC AFLCMC/EBJJ"
<brandi.clark@us.af.mil>


Mr. Parra,

I have been assigned the purchase of the GPS Antennas in
your possession.  I recently emailed the address on the
quotation, but haven't received a response.  Please
review the email below and let me know how you would
like to proceed.

v/r,

RODNEY LEWIS, Captain, USAF
Contracting Officer
AFLCMC/EBJK (JASSM)
Eglin AFB, FL
(850) 882-3904
DSN: 872-3904


-----Original Message-----

7

Exhibit "D"

AFLCMC/EBJK (JASSM)

Eglin AFB, FL

(850) 882-3904

DSN: 872-3904


From: Erik Niemans [mailto:sales@davinciaircraft.com]
Sent: Wednesday, June 04, 2014 3:44 PM
To: LEWIS, RODNEY C Capt USAF AFMC AFLCMC/EBJK
Subject: RE: FW: JASSM GPS Antenna


Hi Lewis,


We sent an email a few days ago responding to your
offer. $75,000.00 each is the best price we are going to
be able to go on these antennas; that is the price after
giving the USAF a 40% discount off the price we were
originally quoting these units out at. $7,359.00 for the
lot of 10 antennas is just far too low to consider.


Thank You,


Erik Niemans


Sales Department

Exhibit "D"

v/r,

Brandi Clark
Contract Specialist
AFLCMC/EBJ (JASSM)
Eglin AFB, FL
(850) 883-3797


-----Original Message-----
From: LEWIS, RODNEY C Capt USAF AFMC AFLCMC/EBJK
Sent: Wednesday, June 04, 2014 5:24 PM
To: Erik Niemans
Cc: CLARK, BRANDI D CIV USAF AFMC AFLCMC/EBJJ
Subject: RE: FW: JASSM GPS Antenna

Mr. Niemans,


I'm sure you understand that the government must
determine the prices it pays for parts to be fair and
reasonable as the taxpayer depends on us to be good
stewards of their dollars.  Seeing that these units only
cost a fraction of that amount brand new, the government
is unwilling and unable to accept that price.  I
encourage you to propose a more reasonable price so we
both can benefit.


v/r,


RODNEY LEWIS, Captain, USAF

Contracting Officer

4

Exhibit "D"

any foreign person whether in the United States or abroad, without first complying with all relevant requirements including the requirement for obtaining any written export authorization from the U.S. Department of State, Directorate of Defense Trade Control or the Department of Commerce's Bureau of Industry & Security or otherwise make and document the determinations that an export licensing exemption applies, as the case maybe. Diversion contrary to U.S. law is prohibited.


-----Original Message-----
From: LEWIS, RODNEY C Capt USAF AFMC AFLCMC/EBJK
[mailto:rodney.lewis.1@us.af.mil]
Sent: Monday, June 16, 2014 11:23 AM
To: CLARK, BRANDI D CIV USAF AFMC AFLCMC/EBJJ; Erik Niemans
Subject: RE: FW: JASSM GPS Antenna

Mr. Niemans,

Brandi has been working this purchase for me and is out of the office for the next two weeks.  I just wanted to touch base and make sure the quote is not lost in the webisphere.  We have not received an updated quote from you.  Please include me on the email since Brandi is out of the office.

v/r,

RODNEY LEWIS, Captain, USAF
Contracting Officer
AFLCMC/EBJK (JASSM)
Eglin AFB, FL
(850) 882-3904
DSN: 872-3904

Exhibit "D"

-----Original Message-----
From: CLARK, BRANDI D CIV USAF AFMC AFLCMC/EBJJ
Sent: Thursday, June 12, 2014 3:53 PM
To: Erik Niemans
Cc: LEWIS, RODNEY C Capt USAF AFMC AFLCMC/EBJK
Subject: RE: FW: JASSM GPS Antenna

Mr. Niemans,

I did not receive the revised offer that we talked about
on the phone yesterday.  Please forward a copy to Capt
Lewis and myself at your earliest convenience.

Thank you,

Brandi Clark
Contract Specialist
AFLCMC/EBJ (JASSM)
Eglin AFB, FL
(850) 883-3797

-----Original Message-----
From: CLARK, BRANDI D CIV USAF AFMC AFLCMC/EBJJ
Sent: Wednesday, June 11, 2014 10:53 AM
To: Erik Niemans
Cc: LEWIS, RODNEY C Capt USAF AFMC AFLCMC/EBJK
Subject: RE: FW: JASSM GPS Antenna

Mr. Niemans,

I wanted follow up with you regarding Capt. Lewis' last
email concerning the JASSM GPS Antennas. I was wondering
if the Government can expect a fair counter offer from
DaVinci Aircraft in the near future.

Exhibit "D"

LOS ANGELES



# QUOTATION

## DaVinci Aircraft, Inc.

7520 Hayvenhurst Ave
Suite 5
Van Nuys       CA 91406
United States
Tel: 818-510-4707
Fax: 818-510-4704

sales@davinciaircraft.com
www.davinciaircraft.com
Tax ID: 101-225605

Print Date  : Jun-11-2014    10:47:58.3831268

Printed By : SAL   Print No. :   7

**For : Account No. [4618]**

**No. 007490**                                          Pg :1/1

EGLIN AFB
205 WEST D AVENUE
SUITE 433
EGLIN AFB, FL 32542
UNITED STATES
Tel. : 1 850-882-3904

| | |
|---|---|
| Our Ref | : Q007490 |
| Your Ref | : VERBAL |
| Terms | : C.O.D./ WIRE/ CREDIT CARD |
| Our Contact | : Erik Niemans |
| Valid Until | : May-21-2014 |
| F.O.B. | : ORIGIN |
| Quote Date | : Jun-11-2014 |

In response to your request, we are pleased to quote you the following:

| Line | P/N & Description | Cnd | Qty Bid | Delivery | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | **305464-501**<br>GPS ANTENNA, JASSM<br>**Note:** MFG DATE: FEB 2010 | NE | **10 EA** | 1 Day | $ 125,000.00 EA | $ 1,250,000.00 |

Unless otherwise noted, this quote may include Munitions List Items (MIL) or Commerce Controlled List Items (CCLI). MLI/CCLI property is controlled by the U.S. Government and in many cases cannot be transferred (exported, sold, or given) to a foreign county, a non-U.S. Citizen/National or a non-permanent U.S. resident without a valid State/Commerce Department export authorization.  It is the responsibility of you (the Purchaser) to determine what the applicable requirements may be and to obtain all necessary authorizations, licenses, or approvals.  The use, disposition, export, and re-export of the property covered or included in this quote is subject to the provisions of law referenced in End-User Certificate  to DLA - Form 1822, December 2001, including but not limited to the Arms Export Control Act (22 USC 2751 Et. Seq.), Export Administration Act of 1979 (50 USC App. 2401 Et. Seq.). As contained under Executive Order 1294; International Traffic Arms Regulations (22 CFR 120 Et. Seq.), Export Administration Regulations (15 CFR 730 Et. Seq.), Foreign Assets Control Regulations (31 ERA 500 Et. Seq.), and the Espionage Act (18 USC 793 Et. Seq.).  Accepting delivery of this material you (the Purchaser) hereby represents and warrants that you are not an embassy or any agency or subdivision of a foreign government.  If you are an embassy or agency or subdivision of a foreign government, you must provide us (the Seller) a copy of the State/ Commerce Department License or License Number which allows you to receive and export the material that is subject of this sale.

| | | |
|---|---|---|
| **Sub Total:** | | $ 1,250,000.00 |
| **Discount:** | (-52%) | $ -650,000.00 |

This quote is valid for 30 days
Our minimum order is $100
Shipments are FOB Van Nuys,
We accept most major credit cards
All COD orders will ship on our accounts
Upon acceptance of this quote, please reply with your purchase order.
All quotes are time sensitive and subject to change.

| | | |
|---|---|---|
| **Total:** | [USD] | $ 600,000.00 |

Erik Niemans, VP SALES

Copyright (c)    PENTAGON *2000* Software, Inc.

Exhibit "E"



**DEPARTMENT OF THE AIR FORCE**
AIR FORCE OFFICE OF SPECIAL INVESTIGATIONS
PJ DETACHMENT 3, EGLIN AFB, FL

**CONFIDENTIAL**



23 Sep 14

Special Agent Michael Christmas
AFOSI PJ Detachment 3
207 West D Avenue, Suite 4800
Eglin AFB, FL 32542

To Whom it May Concern,

The undersigned, being fully authorized to take possession of the following identified items being claimed as constituting or consisting of "information relating to the national defense" acknowledges receipt of ten (10) JASSM antennae - from Leonardo Parra and DaVinci Aircraft. The undersigned further acknowledges that the delivery of the said items by Leonardo Parra and DaVinci Aircraft is made under compulsion of law pursuant to 18 USC 793 (d) and is made without prejudice to any claims by Leonardo Parra and/or Da Vinci Aircraft for their fair market value.

MICHAEL CHRISTMAS, SA, DAFC
Special Agent in Charge

1st Ind, AFLCMC/EBJK

23 Sep 14

MEMORANDUM FOR AFOSI PJ Det 3

Concur.

RODNEY LEWIS, Capt, USAF
Contracting Officer

*"EYES OF THE EAGLE"*

FOR OFFICIAL USE ONLY

Exhibit "F"

LAW OFFICES OF

# KLASS, HELMAN & ROSS

JOSEPH S. HELMAN
ROBERT M. ROSS

MARTIN KLASS
(1940-1987)

16133 VENTURA BOULEVARD, SUITE 1145
ENCINO, CALIFORNIA 91436
TELEPHONE (818) 788-7007
FAX (818) 990-2399
E-MAIL: counsel@khrlaw.com

OF COUNSEL
PATRICK S. SMITH

September 30, 2014

## RECEIPT FOR ITEMS TAKEN UNDER COMPULSION

The undersigned acknowledges receipt of the following items from Leonardo Parra and Da Vinci Aircraft, Inc. received on September 30, 2014:

Ten (10) JASSM / GPS antennae, part number 305464-501:

Serial numbers:

042, 89957
052, 89921
027, 89952
051, 89928
030, 89927
028, 89930
001, 89916
011, 89918
012, 89936
029, 89956

The above items were received in good order and condition.

Signature

JOEL S. RUSSELL
Print name

SPECIAL AGENT, DEPT. OF AIR FORCE - CIV.
Rank/Capacity/Authority

Exhibit "G"



LOS ANGELES

**DaVinci Aircraft, Inc.**

7520 Hayvenhurst Ave
Suite 5
Van Nuys      CA 91406
United States
Tel: 818-510-4707
Fax: 818-510-4704

sales@davinciaircraft.com
www.davinciaircraft.com
Tax ID: 101-225805

# INVOICE

Print Date : Sep-29-2014   15:45:02.7654614 · · · · · · · · · · · · · · · · Printed By : SAL   Print No. :

## No. : 000121

Pg :1/2

| **Bill To :** | **Sold To : Account No. [4618]** |
|---|---|
| EGLIN AFB<br>205 WEST D AVENUE<br>SUITE 433<br>EGLIN AFB, FL 32542<br>UNITED STATES<br>Tel. : 1 850-882-3904 | EGLIN AFB<br>205 WEST D AVENUE<br>SUITE 433<br>EGLIN AFB, FL 32542<br>UNITED STATES<br>Tel. : 1 850-882-3904 |

| **Shipped To :** | **Remit Payment To :** |
|---|---|
| EGLIN AFB<br>205 WEST D AVENUE<br>SUITE 433<br>EGLIN AFB, FL 32542<br>UNITED STATES<br>Tel. : 1 850-882-3904 | DAVINCI AIRCRAFT INC<br>Attn: Mr. Erik Niemans, VP SALES<br>7415 HAYVENHURST PLACE<br>VAN NUYS, CA 91406<br>United States<br>Tel. : 818-510-4707<br>Fax : 818-510-4704 |

| S.O. No. | :000127 | Our Ref | :Q007490 | Domestic A | : |
|---|---|---|---|---|---|
| Customer P | :VERBAL | Your Ref | :VERBAL | Int'l AWB | : |
| Invoice Dat | :Sep-29-2014 | Project | : | Origin | : |
| Due Date | :Sep-29-2014 | Contract | : | Transp | : |
| Ship Via | :PICK UP | License No. | : | Nationa | : |
| F.O.B. | :ORIGIN | Expires | : | Trip/Fli | : |
| Shipped D | :Sep-29-201 | Terms | :C.O.D./ WIRE/ CREDIT CARD | | |
| Our Contact | :Erik Niemans | | | | |

| Line | P/N & Description | Cnd | Qty Ordered | Shipped | Unit Sell Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 305464-501<br>GPS ANTENNA, JASSM<br>Pick Ticket / Packing Slip No. : 000127<br>Note: SERIAL NUMBERS: 042, 052, 027, 051, 030, 028, 001, 011, 012, 029 | NE | 10EA | 10<br>(Qty. Back 0) | $ 125,000.00 EA | $ 1,250,000.0(<br>= |

Continued on next page...

Copyright (c)   PENTAGON  2000  Software, Inc.

Exhibit "H"

THE LAW OFFICES OF
## DAVID M. BAUM LAW CORPORATION
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Tel. 310 552 9100 • Fax 310 552 9101
David@DBaumLaw.com

March 12, 2015

Department of the Air Force                          **VIA FEDERAL EXPRESS**
Office of Special Investigations
PJ Detachment 3, Eglin AFB
204 West D Avenue, Suite 433
Eglin AFB, FL 32542

     Re:        CLAIM FOR DAMAGES - TORT CLAIMS ACT
                 Our Client:   DaVinci Aircraft, Inc.
                 DOI:         30 Sept., 2014

Dear Sirs/Madams:

       This office has been retained to serve as counsel to DaVinci Aircraft, Inc. with respect to its claim for damages as a result of confiscation and seizure of its personal property by Officers of the Air Force Office of Special Investigations on 30 Sept., 2014, under authority granted to them under Title 18, U.S.C., §793, as set forth in the letter by Special Agent in Charge Michael Christmas, SA, DAFC, dated 23 Sept. 2014.

       Enclosed with this letter is a duly executed Form 95 claim form submitted on behalf of our client, DaVinci Aircraft, Inc.

       From this point on, we shall expect all communications regarding our Client to be directed to this office.

       I look forward to a timely and amicable resolution of this matter.

                             Very truly yours,
                             BAUM LAW CORPORATION

                             David M. Baum, Esq.

DB/mt
Enclosure: Form 95 (with attachments) (8 pgs.)

                                           Exhibit "I"

COPY

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| Department of the Air Force<br>Air Force Office of Special Investigations<br>PJ Detachment 3, Eglin AFB, FL 32542 | Claimant: DaVinci Aircraft, Inc., 7415 Hayvenhurst Place, Van Nuys CA 91406.<br>Claimant's Attorney: David Baum Law Corp., 1875 Century Park East, Suite 1000, Los Angeles, CA 90067 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☐ CIVILIAN N/A | 4. DATE OF BIRTH<br>n/a | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT<br>09/30/2014 | 7. TIME (A.M. OR P.M.)<br>09:18 am |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Claimant seeks compensation for loss of its personal property that was seized under compulsion of law pursuant to 18 U.S.C. 793(d), by officers of the Department of Air Force, led by Agent Joel S. Russell of the Office of Special Investigations. Said seizure was expressly made without prejudice to any claims by Claimant for fair market value of the property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Ten (10) JASSM/GPS antannae, part# 305464-501, Serial Nos.: 001, 011, 012, 027, 027, 028, 029, 030, 042, and 052.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Total Loss of 10 antennae @ $125,000.00 ea. = $1,250,000.00

| 11. | WITNESSES | |
|---|---|---|
| **NAME** | **ADDRESS (Number, Street, City, State, and Zip Code)** |
| Leonardo Parra | c/o DaVinci Aircraft, 7415 Hayvenhurst Place, Van Nuys, CA 91406 |
| Erik Niemans | c/o DaVinci Aircraft, 7415 Hayvenhurst Place, Van Nuys, CA 91406 |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $1,250,000.00 | | | $1,250,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>David Baum, Attorney for Claimant | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>310-552-9100 | 14. DATE OF SIGNATURE<br>03/12/2015 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

Exhibit "I"

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☒ No

N/A

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?   ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

N/A

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

Exhibit "I"



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, FORT STEWART AND HUNTER ARMY AIRFIELD
OFFICE OF THE STAFF JUDGE ADVOCATE
1791 GULICK AVENUE, BLDG 709
FORT STEWART GEORGIA 31314

July 14, 2015

Claims Division

SUBJECT:  Federal Tort Claim, DaVinci Aircraft

David Baum, Esquire
1875 Century Park East, Suite 1000
Los Angelos, California 90087

Dear Mr. Baum:

This office is in receipt of your intent to file a claim against the United States Government on behalf of DaVinci Aircraft, in the amount of $1,250,000.00.  The United States Army Claims Service, Fort Meade, MD received your communication on June 26, 2015.  Our office received your communication on July 8, 2015.

It is noted that you have signed the Standard Form 95 in Block 13a as Claimant.  The claim should be signed by the claimant and appropriately dated in Block 14.  The attorney can only sign if he/she contemporaneously provides a power of attorney from an authorized grantor that specifically and unambiguously authorizes him to file the claim. **It is always preferable for the claimant to sign the claim.**  Please refer to the Code of Federal Regulations for additional information. **The statute of limitations continues to run** until an administrative claim is properly received with proper documentation as to representative or a signature by the Claimant. Since your Claimant is a business, if an agent/representative signs for the company, please provide an "authority to represent" memo (attached).

Once this office receives the Claim in the proper form, this office will process the claim under the Federal Tort Claims Act (FTCA), 28 United States Code (USC) Section 2671-2680. The filing of an administrative claim tolls the statute of limitations indefinitely, or until the appropriate Government agency takes final administrative action in writing on the claim.  Final administrative action consists of a denial or final settlement offer.  While the FTCA permits filing suit six months after the claim has been properly filed with the appropriate Government agency, filing suit at six months in not mandatory (Title 28, USC Section 2675(a)).  If you should decide to file suit, a Federal Judge will decide the case without a jury.

If the Government pays the claim, the FTCA limits attorney fees to 20 percent of any administrative settlement and 25 percent of any recovery as a result of suit (Title 28, USC Section 2678).  The claimant pays attorney fees out of the claim settlement.

You are required to submit evidence to support your clients' claim (Title 28, Code of Federal Regulations, § 14.4). **Along with proper documentation with Standard Form 95 (POA) or amended Standard Form 95 with Claimant's signature (with "authority to represent" memo), please provide written substantiation as to the value of of the**

Exhibit "J"

-2-

**property your client is claiming compensation for.**

If you have any questions regarding the claim, you may contact me at (912)767-1057.

Sincerely,

*Verlisha Sipp*
Verlisha Sipp
Tort Civil Litigation Paralegal

Enclosure

Exhibit "J"

**THE LAW OFFICES OF**
**BAUM LAW CORPORATION**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Tel. 310 552 9100 • Fax 310 552 9101
David@DBaumLaw.com

August 18, 2015

**VIA FEDERAL EXPRESS**

Attn: Claims Division
DEPARTMENT OF THE ARMY
Office of the Staff Judge Advocate
1791 Gulick Avenue, Bldg. 709
Fort Stewart, GA 31314

Re:      FEDERAL TORT CLAIM
Our Client:   DaVinci Aircraft, Inc.
Date of Loss:  30 Sept., 2014

Dear Sirs/Madams:

I am in receipt of your letter dated July 14, 2015, in which you state that the Standard Form 95 filed on June 26, 2015, was defective as it was not signed by the claimant, DaVinci Aircraft, nor was it filed with a power of attorney.

Your letter states that it is "always preferable for the claimant to sign the claim." Therefore, enclosed herein please find a new Standard Form 95 Claim for Damages which has been duly signed by Mr. Leonardo Parra, the President of DaVinci Aircraft, Inc.  Mr. Parra has also executed the "Authority to File Claim" memo which you provided.

Also enclosed are documents hereby submitted in support of the claim, as follows:

1.   Quotation dated June 11, 2014 issued to Eglin AFB., Document No. 007490
2.   Letter dated September 23, 2014 from Special Agent Michael Christmas.
3.   Copies of evidence tags for each of the antennae seized (5 pgs.)
4.   Invoice for 10 JASSM antennae in total the amount of $1,250,000.
5.   Receipt for items taken under compulsion of law dated September 30, 2014.

I look forward to resolving this matter.

Very truly yours,
BAUM LAW CORPORATION

David M. Baum, Esq.

DB/mt
Enclosure: Form 95, and supporting documents. (12 pgs.)
Cc:    Office of Special Investigation, Department of the Air Force, Eglin AFB

Exhibit "K"

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Department of the Air Force<br>Air Force Office of Special Investigations<br>PJ Detachment 3, Eglin AFB, FL 32542 | Claimant: DaVinci Aircraft, Inc., 7415 Hayvenhurst Place, Van Nuys CA 91406.<br>Claimant's Attorney: David Baum Law Corp., 1875 Century Park East, Suite 1000, Los Angeles, CA 90067 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | n/a | | 09/30/2014 | 09:18 am |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Claimant seeks compensation for loss of its personal property that was seized under compulsion of law pursuant to 18 U.S.C. 793(d), by officers of the Department of Air Force, led by Agent Joel S. Russell of the Office of Special Investigations. Said seizure was expressly made without prejudice to any claims by Claimant for fair market value of the property.

**PROPERTY DAMAGE**

9.
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Ten (10) JASSM/GPS antannae, part# 305464-501, Serial Nos.: 001, 011, 012, 027, 027, 028, 029, 030, 042, and 052.

**PERSONAL INJURY/WRONGFUL DEATH**

10.
STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Total Loss of 10 antennae x $125,000.00 ea.  =  $1,250,000.00

**WITNESSES**

| 11. NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Leonardo Parra | c/o DaVinci Aircraft, 7415 Hayvenhurst Place, Van Nuys, CA 91406 |
| Erik Niemans | c/o DaVinci Aircraft, 7415 Hayvenhurst Place, Van Nuys, CA 91406 |

**AMOUNT OF CLAIM (in dollars)**

| 12. (See instructions on reverse). | | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| 1,250,000 | | | 1,250,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | 818-510-4707 | 07/21/2015 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

NSN 7540-00-634-4046

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|

Exhibit "K"

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

N/A

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

N/A

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

Exhibit "K"

## AUTHORITY TO FILE CLAIM

DATE: 07- 2/- 2015

The undersigned is _Leonardo Parg, President_ for _DaVinci Aircraft Inc_

TITLE of Manager/Supervisor signing      Name of Company

and in such capacity has access to the books and records of the above named organization.

_____ has the power and authority to file, adjust, and settle

Name of adjuster/person signing SF 95

Claims for and on behalf of _DAVinci AircRAFT Inc_

Name of Company

ASO _____ as its duly agent.

Name of insured, if applicable

_____

Signature and
Printed Name of Manager/Supervisor

_Leonardo Parg_

Exhibit "K"



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, FORT STEWART AND HUNTER ARMY AIRFIELD
OFFICE OF THE STAFF JUDGE ADVOCATE
1791 GULICK AVENUE, BLDG 709
FORT STEWART GEORGIA 31314

August 20, 2015

Claims Division

SUBJECT: Federal Tort Claim, Davinci Aircraft, Army Claim #15-261-T080

David Baum, Esquire
1875 Century Park East, Suite 1000
Los Angelos, California 90067

Dear Mr. Baum:

This office is in receipt of the subject claim filed against the United States Government on behalf of Davinci Aircraft, in the amount of $1,250.000. This office received the signed claim on August 20, 2015. Enclosed is a copy of the claim, with the date-stamp from the office reflecting the date of receipt.

This office will process the claim under the Federal Tort Claims Act (FTCA), 28 United States Code (USC) Section 2671-2680. The filing of an administrative claim tolls the statute of limitations indefinitely, or until the appropriate Government agency takes final administrative action in writing on the claim. Final administrative action consists of a denial or final settlement offer. While the FTCA permits filing suit six months after the claim has been properly filed with the appropriate Government agency, filing suit at six months in not mandatory (Title 28, USC Section 2675(a)). If you should decide to file suit, a Federal Judge will decide the case without a jury.

If the Government pays the claim, the FTCA limits attorney fees to 20 percent of any administrative settlement and 25 percent of any recovery as a result of suit (Title 28, USC Section 2678). The claimant pays attorney fees out of the claim settlement.

If you have any questions regarding the claim, you may contact me at (912 )767-1057.

Sincerely,

*Verlisha Sipp*
Verlisha Sipp
Tort Civil Litigation Paralegal

Enclosure

Exhibit "L"

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Department of the Air Force Air Force Office of Special Investigations PJ Detachment 3, Eglin AFB, FL 32542 | Claimant: DaVinci Aircraft, Inc., 7415 Hayvenhurst Place, Van Nuys CA 91406. Claimant's Attorney:  David Baum Law Corp., 1875 Century Park East, Suite 1000, Los Angeles, CA 90067 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | n/a | | 09/30/2014 | 09:18 am |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Claimant seeks compensation for loss of its personal property that was seized under compulsion of law pursuant to 18 U.S.C. 793(d), by officers of the Department of Air Force, led by Agent Joel S. Russell of the Office of Special Investigations. Said seizure was expressly made without prejudice to any claims by Claimant for fair market value of the property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Ten (10) JASSM/GPS antannae, part# 305464-501, Serial Nos.: 001, 011, 012, 027, 027, 028, 029, 030, 042, and 052.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Total Loss of 10 antennae  x  $125,000.00 ea.  =  $1,250,000.00

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Leonardo Parra | c/o DaVinci Aircraft, 7415 Hayvenhurst Place, Van Nuys, CA 91406 |
| Erik Niemans | c/o DaVinci Aircraft, 7415 Hayvenhurst Place, Van Nuys, CA 91406 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 1,250,000 | | | 1,250,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | 818-510-4707 | 07/21/2015 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

RECEIVED AUG 2 0 2015

15-261-T080

Exhibit "L"